IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO., ) | |
| ) | Civil Action No. 07 - 271 |
| Plaintiff, ) | |
| ) | |
| v. ) | Chief Judge Donetta W. Ambrose |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| PATRICK REISINGER, ) | |
| ) | |
| Defendant. ) | Doc. No. 5 |
| ) | |
| ) | |

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on March 1, 2007, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation (Doc. No. 20), filed on June 11, 2007, recommended that the Plaintiff's Motion for Preliminary Injunction (Doc. No. 5) be denied, and that a ruling on Plaintiff's Motion for a Permanent Injunction (Doc. No. 5) be postponed until the underlying merits of Plaintiff's claims have been determined either on summary judgment motion or upon verdict after a jury trial. Service was made on all counsel of record. The parties were informed that in accordance with Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrate Judges, that they had ten (10) days to file any objections. No objections have been filed.

After review of the pleadings and other documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 29th day of June, 2007,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Preliminary Injunction (Doc. No. 5) is **DENIED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Permanent Injunction (Doc. No. 5) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 20) of Magistrate Judge Lenihan, dated JUNE 11, 2007, is adopted as the opinion of the Court.

DONETTA W. AMBROSE
Chief United States District Judge

cc: Lisa Pupo Lenihan
U.S. Magistrate Judge

All Counsel of Record
*Via Electronic Mail*