UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR J. GALLAGHER & CO.,  )<br>  ) <br>             Plaintiff,  )<br>  )<br>v.  )<br>  )<br>PATRICK REISINGER,  )<br>  )<br>             Defendant.  ) | No. 2:07-cv-271<br><br>Chief Judge Donetta W. Ambrose<br>Magistrate Judge Lisa Pupo Lenihan<br><br>*Electronically Filed* |

### STIPULATION FOR DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed between the parties that this action may be dismissed in its entirety, *with prejudice*.

| | |
|---|---|
| MEYER, DARRAGH, BUCKLER,<br>BEBENEK & ECK, P.L.L.C.<br><br>By: s/Marie Milie Jones<br>MARIE MILIE JONES, ESQUIRE<br>PA I.D. #49711<br>E-Mail: mjones@mdbbe.com<br><br>HARLAN S. STONE, ESQUIRE<br>PA. I.D. #30810<br>E-Mail: hstone@mdbbe.com<br><br>CARL A. ECK, ESQUIRE<br>PA. I.D. #5523<br>E-Mail: ceck@mdbbe.com<br><br>U.S. Steel Tower, Suite 4850<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone: (412) 261-6600<br>Facsimile: (412) 471-2754<br><br>Counsel for Plaintiff,<br>ARTHUR J. GALLAGHER & CO. | REICH, ALEXANDER, REISINGER AND<br>FARRELL, LLC<br><br>By: s/Thomas J. Farrell<br>THOMAS J. FARRELL, ESQUIRE<br>PA I.D. 48976<br>E-Mail: tfarrell@reichalexander.com<br><br>Suite 1000 - Koppers Building<br>436 Seventh Avenue<br>Pittsburgh, PA. 15219-1827<br>Telephone: (412) 391-3700<br><br>Counsel for Defendant,<br>PATRICK REISINGER |

P0821364.1

AND NOW this 17th September, 2007, it is SO ORDERED.

*Donetta W. Ambrose*
DONETTA W. AMBROSE,
CHIEF Judge